B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Ohio

In re  Robert E. Klees                     ,          Case No.  3:19-bk-31663

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of LB-Cabana Series IV Trust
———————————————————          Bank of England
Name of Transferee                                ———————————————————
                                                   Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):  18-1
should be sent:                                       Amount of Claim:  $1,031.00
  c/o SN Servicing Corporation                        Date Claim Filed:  12/16/2019
  323 Fifth Street
  Eureka, CA 95501
Phone:  800.603.0836                                  Phone: ————————————————
Last Four Digits of Acct #:  6310                     Last Four Digits of Acct. #:  7797

Name and Address where transferee payments
should be sent (if different from above):

Phone: ————————————————
Last Four Digits of Acct #:————————

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                     Date:  11/04/2021
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.